**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ULICES LEONARDO ARGUETA BENITEZ<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility,<br>PATRICIA HYDE, Field Office Director,<br>MICHAEL KROL, HSI New England Special Agent in Charge,<br>TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement, and<br>KRISTI NOEM, Secretary of Homeland Security<br>PAMELA BONDI, Attorney General of the U.S.<br>And DONALD TRUMP, President of the U.S. | Case No. 1:26-cv-11112<br>Case No. 1:26-cv-11870<br><br>(Petitioner's Joint Filing for both cases) |

**<u>PETITIONER'S REPLY TO COURT ORDERS</u>**

Now comes the Petitioner, Ulices Leonardo Argueta Benitez, by and through counsel, and respectfully submits this Omnibus Response to the Court's Electronic

- Order to Show Cause dated September 10, 2026 issued in case no. 26-11112.
- Order to Supplement Motion dated September 10, 2026 issued in case no. 26-11870.

Petitioner respectfully requests that these related matters remain open and be formally stayed pending an impending decision by the U.S. Court of Appeals for the First Circuit.

In support thereof, Petitioner states:

**1. Notice of Administrative ECF Linking Mismatch.** As a preliminary matter, Petitioner respectfully notes that Case No. 1:26-cv-11112-FDS appears to be incorrectly linked to an unrelated matter in the ECF system (Case No. 1:26-cv-12313-FDS), rather than properly reflecting its relationship as the direct predecessor to Petitioner's second active habeas petition, Case No. 1:26-cv-11870-FDS. Both dockets share the identical core petitioner, somewhat operative facts, and custodial respondents.

**2. Absolute Extinction of Factual Basis for Detention.** On March 19, 2026, the Immigration Judge (IJ) denied bond exclusively by relying on a pending state court misdemeanor arraignment. However, subsequent to that hearing, on July 13, 2026, the Fall River District Court completely dismissed all criminal charges against the Petitioner in Case No. 2632CR000720 for Lack of Prosecution. Petitioner currently stands entirely innocent under the law with zero convictions. Under *Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021*), the Government's heightened burden to prove "public danger" by clear and convincing evidence has dropped to absolute zero.

**3. The Immigration Court Lacks Jurisdiction to Hear a Modified Bond Request.** Petitioner has not yet filed a new bond redetermination request. A new bond modification request based on these changed circumstances cannot be presented to the Immigration Court because the executive agency has stripped the IJ of jurisdiction. On August 17, 2026, the Board of Immigration Appeals (BIA) summarily dismissed Petitioner's removal appeal as untimely. Under 8 C.F.R. § 1003.39, this administrative dismissal transformed the underlying ruling into a final order of

removal. Consequently, the IJ is completely divested of jurisdiction to entertain a standard bond request under 8 C.F.R. § 1003.19 or INA § 236(a).

**4. Emergency Request to Stay Habeas Proceedings Pending First Circuit Ruling.** To preserve his core statutory rights, Petitioner formally escalated his claims. On September 14, 2026, Petitioner filed a Petition for Review and a comprehensive Emergency Motion for Stay of Removal before the U.S. Court of Appeals for the First Circuit (Docket No. 26-2056). The First Circuit is actively reviewing the emergency stay application and is expected to issue a binding ruling within the next two weeks.

To avoid conflicting judicial orders, conserve judicial resources, and ensure that Petitioner is not prematurely exposed to catastrophic deportation while his appellate stay is pending, Petitioner requests that this Court formally stay and hold in abeyance both District Court dockets (1:26-cv-11112 and 1:26-cv-11870) until the First Circuit issues its ruling on the emergency stay package.

**5. Notice of Counsel's Urgent Overseas Travel**. Undersigned counsel respectfully gives notice that he must travel out of the country on pre-planned professional obligations commencing today, September 17, 2026, with a scheduled return date of October 4, 2026. A formal stay of proceedings will protect the detained Petitioner's rights during this brief transit window.

WHEREFORE, Petitioner respectfully requests:

1. this Honorable Court keep both dockets open,
2. order the Clerk to correct the ECF filing links, and
3. STAY all further proceedings in these matters until the U.S. Court of Appeals for the First Circuit rules on the pending Emergency Motion for Stay of Removal.

Respectfully submitted,

*/s/ Marian Costica Mandache*
Costica Marian MANDACHE, Esq.
BBO 714583
Law Office of Stephen Bandar
2000 Massachusetts Ave., Suite 2
Cambridge, MA 02140 781-640-2611
cmandache@bandarlawoffice.com
*Counsel for Petitioner*

Dated: September 17, 2026

Enclosed:

1. **Exhibit A:** First Circuit Petition for Review, filed September 14, 2026 (Case No. 26-2056) – including in Addendum the BIA Decision to Summarily Dismiss Appeal, dated August 17, 2026.
2. **Exhibit B:** First Circuit Emergency Motion for Stay of Removal, filed September 14, 2026.

## VERIFICATION PURSUANT TO 28 U.S.C. § 2242

I represent the Petitioner in the instant case, and I submit this verification on Petitioner's behalf. I hereby verify that the factual statements made in the foregoing document are true and correct to the best of my knowledge.

Dated this 17th of September of 2026.

/s/ Marian Costica Mandache
Costica Marian MANDACHE, Esq.
BBO 714583
Law Office of Stephen Bandar
2000 Massachusetts Ave., Suite 2
Cambridge, MA 02140 781-640-2611
cmandache@bandarlawoffice.com
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2026, I served a true and correct copy of the foregoing document upon all parties (including Respondents) on file by first-class mail, postage prepaid, and/or by electronic filing through the Court's CM/ECF, PACER system.

/s/ Marian Costica Mandache
Costica Marian MANDACHE, Esq.
BBO 714583
Law Office of Stephen Bandar
2000 Massachusetts Ave., Suite 2
Cambridge, MA 02140 781-640-2611
cmandache@bandarlawoffice.com
*Counsel for Petitioner*